FILED
May 13, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____LAD_____
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>(1) KEITH LOUIS MARINNIE, JR.<br><br>Defendant | 6:25-CR-00137(1)<br><br>I N D I C T M E N T<br><br>[COUNT ONE: 18 U.S.C. 922(g)(1) & 924(a)(8) -- Possession of Firearm by a Convicted Felon] |

THE GRAND JURY CHARGES:

On or about April 29, 2025, in the Western District of Texas, Defendant,

**KEITH LOUIS MARINNIE, JR.,**

being a person who knew he had previously been convicted of the following crime punishable by imprisonment for a term exceeding one year, to-wit:

    On February 12, 2019, KEITH LOUIS MARINNIE, JR. was convicted of *Murder* in the 27th Judicial District Court of Bell County, Texas, in Cause Number 77531;

did knowingly possess the following firearm, to-wit:

    A Springfield XDS handgun bearing serial number XS9444594;

said firearm having moved in commerce and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

A TRUE BILL

FOREPERSON

MARGARET F. LEACHMAN
ACTING UNITED STATES ATTORNEY

By: *[signature]*
CHRISTOPHER M. BLANTON
Assistant United States Attorney